## INDUSTRIAL CLAIM APPEALS OFFICE and Anthony Edward Pagnotta, Petitioners,

v.

## MID–CONTINENT RESOURCES, INC. and State Compensation Insurance Authority, Respondents.

No. 88SC353.

Supreme Court of Colorado.

Dec. 4, 1989.

Jon C. Thomas, Colorado Springs, Colo., for petitioner Anthony Edward Pagnotta.

Duane Woodard, Atty. Gen., Charles B. Howe, Chief Deputy Atty. Gen., Richard H. Forman, Sol. Gen., Michael J. Steiner, First Asst. Atty. Gen., Carolyn A. Boyd, Asst. Atty. Gen., Denver, Colo., for petitioner Industrial Claim Appeals Office.

Anderson, Campbell & Laugesen, P.C., Raymond F. Callahan, Denver, Colo., for respondent Mid–Continent Resources, Inc.

Paul Tochtrop, Denver, Colo., for respondent State Compensation Ins. Authority.

Michael E. Harr, Debra Seeley, Denver, Colo., for amicus curiae Colo. Defense Lawyers Ass'n.

PER CURIAM.

We granted certiorari to review the court of appeals unpublished decision in *Mid–Continent Resources, Inc. v. Industrial Claim Appeals Panel of the State of Colorado,* No. 87CA0706 (Colo.App., April 28, 1988). Anthony Pagnotta sustained an industrial injury prior to July 1, 1987, and underwent a vocational rehabilitation eval-

uation after attaining maximum medical improvement. On the basis of the evaluation, the administrative law judge directed Pagnotta to commence a vocational rehabilitation program and ordered the insurance carrier to continue paying temporary disability benefits until Pagnotta's commencement of the vocational rehabilitation program. The Industrial Claim Appeals Panel affirmed the decision of the administrative law judge. The court of appeals, however, reversed the panel and held that Pagnotta was not entitled to temporary disability benefits for the time period following maximum medical improvement but prior to his actual commencement of a vocational rehabilitation plan.

In accordance with our decision in *Allee v. Contractors, Inc.,* 783 P.2d 273 (Colo. 1989), we reverse the judgment of the court of appeals and remand the case to that court with directions to reinstate the order of the Industrial Claim Appeals Panel that awarded Anthony Pagnotta temporary disability benefits until such time as Pagnotta commenced a vocational rehabilitation program.